# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CAROLINA ORTIZ-RODRIGUEZ,

    Plaintiff(s),

v.

ALBERTSON'S LLC,

    Defendant(s).

Case No.: 2:20-cv-00900-KJD-NJK

**Order**

[Docket No. 7]

      Plaintiff filed notice of Rule 26(f) conference. Docket No. 7. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-7; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: May 21, 2020

                                                            Nancy J. Koppe
                                                           United States Magistrate Judge